IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| GLADYS SHANEA WILSON,           ) | |
|               Petitioner/Defendant,    ) | CIVIL NO. 09-cv-272-JPG |
| vs.                                                      ) | CRIMINAL NO. 07-cr-40020 |
| UNITED STATES of AMERICA ,    ) | |
|               Respondent/Plaintiff.         ) | |

**MEMORANDUM AND ORDER**

**GILBERT, District Judge:**

       This matter is before the Court on Petitioner's motion for relief pursuant to 28 U.S.C. § 2255.  Petitioner pleaded guilty to four counts of distributing cocaine base in violation of 21 U.S.C. § 841(a)(1).  On April 11, 2008, Petitioner was sentenced to 200 months imprisonment, 3 years supervised release, a fine of $400, and a special assessment of $400.  Although Petitioner filed a notice of appeal, the appeal was later voluntarily dismissed.  On April 9, 2009, Petitioner filed the instant motion under § 2255.

       In her motion, the Petitioner raises ten  grounds for relief: (1) ineffective assistance of trial counsel; (2) that she did not understand the consequence of her plea; (3) insufficiency of evidence; (4) violation of her Sixth Amendment rights; (5) incorrect application of Sentencing Guidelines; (6) the Government's witnesses at her sentencing hearing were unreliable; (7) too much crack cocaine was attributed to her; (8) due process; (9) there was insufficient evidence that the drug involved was crack cocaine; and (1)) inaccurate calculation of her criminal history and category.

The Court **ORDERS** the Government to file a response to Petitioner's motion within **THIRTY (30) DAYS** of the date of this Order.  The Government shall, as part of its response, attach all relevant portions of the record.

**IT IS SO ORDERED.**

Dated: 12/11/2009

                                           s/ J. Phil Gilbert
                                           U. S. District Judge